**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | | |
|---|---|---|
| **DAVID H. WARREN** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **STARKE COUNTY SHERIFF'S DEPT.** | ) | |
| **5435 E. State Road 8** | ) | |
| **Knox, IN 46534** | ) | **CAUSE NO. 3:23-CV-828** |
| | ) | |
| **and** | ) | |
| | ) | |
| **Chief Deputy Jon Lendermon, and** | ) | |
| **Deputy's Daniel Byrd, Ethan Biggs,** | ) | |
| **Jack Hudgens, Eric Jezierski and** | ) | |
| **Detective Cameron Price** | ) | |
| | ) | |
| **Defendants.** | ) | |

**COMPLAINT FOR DAMAGES FOR DEPRIVATION**
**OF CIVIL AND CONSTITUTIONAL RIGHTS**

Plaintiff alleges:

**Introduction**

1.  Plaintiff David H. Warren brings this action against the Starke County Sheriff's Department and Chief Deputy Jon Lendermon and Deputies Daniel Byrd, Ethan Biggs, Jack Hudgens, Eric Jezierski and Detective Cameron Price for damages arising out of illegal Search and Seizures of Plaintiff's property without probable cause in violation of his constitution right to be free from illegal search and seizures.

1

**Jurisdiction**

2.  Plaintiff brings this action against Defendant's to redress the deprivation of rights secured by the Fourth , Fifth (right to due Process and equal protection), Eighth, and Fourteenth Amendments to the United States Constitution, 42 USC §1983 (jurisdiction).

3.  28 USC §1331, which provides that anyone stating facts raising a federal cause of action has the right to file in the district courts a civil action stating claims arising under the Constitution, laws, or treaties of the United States.

4.  28 USC §1343, which provides a federal court forum in which citizens may seek redress from the deprivation of rights, privileges and immunities under color of state law.

5.  Civil Rights Act, 42 USC §1983, that provides a federal remedy to anyone suffering from violations of his civil or constitutional rights perpetrated under color of state law.

6.  Conspiracy to interfere with civil rights, 42 USC §1985, based upon the conspiracy by the Defendant's that violated Plaintiff's civil and constitutional rights.

7.  Action for neglect to prevent conspiracy, 42 USC §1986, which provides for damages from those Defendants who had knowledge of the violation of Plaintiffs' civil and constitutional rights, who had the duty and the ability to prevent or aid in the prevention of them, and who failed to perform that duty.

8.  Plaintiff is a citizen of Indiana.

9.  Each Defendant is, upon information and belief, citizens of the United States of America and of the State of Indiana.

10. Venue is proper in this District pursuant to 28 USC §1391.

11. Plaintiff is a resident of Indiana.

12. Defendant, Starke County Sheriff's Department (hereafter S.C.S.D.) and the Sheriff of S.C.S.D and the Chief Deputy, Deputy's and Detective named as Defendants in this action are sued both individually and in their official capacity.  At all pertinent times Defendants were employed by the S.C.S.D

13.  At all pertinent times, Defendant's acted under color of law, of a statute, ordinance, regulation, custom, or usage.

**Facts**

14.  Plaintiff David H. Warren's constitutional rights were violated because of the actions of the named Defendants.

On September 13, 2021, Plaintiff made a report of criminal mischief that was done by one Jeremy Wagoner to plaintiff's motorcycle.  The perpetrator left at an excessive speed and was later found three (3) miles down the road where he had crashed into a tree killing him.

A search warrant was issued on September 16, 2021 to search the residence and barn located at 10775 E. 50 N, Knox, Starke County, Indiana (Plaintiffs residence and barn) specifically stating IN THE MATTER OF: Surveillance equipment and video regarding fatal car crash investigation and other misdemeanor crimes.

The Search Warrant was executed Friday afternoon on September 17, 2021 and Deputies took Warrens DVR and placed it into evidence.

From evidence gleamed from the DVR the S.C.S.D. sought and received subsequent Search Warrants to search his camper located on the property, and to search his pole barn located

3

on the property for evidence in another search warrant.

There another Search Warrant to search a white out building on the property to search for evidence connected to crimes of criminal recklessness using a firearm, drug dealing, leaving the scene of an accident, criminal mischief, reckless driving, reckless homicide and further investigation into the fatal car accident causing the death of Jeremy Wagoner. In the Probable Cause Affidavit seeking the Search Warrant to search the white out building the officer Chief Deputy Jon Lendermon takes note that a Search Warrant was signed on September 27, 2021 to search the residence of Warren located at 10775 E. 50 N, Knox, Starke County, Indiana. Said warrant executed on September 28, 2021 and officers found a rather large amount of methamphetamine and other drug paraphernalia.

Said Probable Cause Affidavit was signed by Chief Deputy Jon Lendermon on September 24, 2021 which was three (3) days prior to the search of Warren's residence.

On Monday, September 27, 2021 a Search Warrant was granted by the Court, and on Tuesday, September 28, 2021, the persons of Chief Deputy Jon Lendermon, Detective Cameron Price along with Deputies Jack Hudgens and Eric Jezierski went to the address of 10775 E. 50 N, Knox, Indiana 46534 in order to serve a search warrant on this property. Lendermon spoke to Warren and read to him the search warrant and took Warren to the Starke County Justice Center. Deputies Hudgens and Jezierski stayed on scene and executed the warrant. After arriving at the Justice Center, Detective Price was sent back to Warren's property to assist in executing the Search Warrant.

On September 28, 2021, Dave Warren was interviewed and admitted to committing the crime of criminal recklessness by firing a firearm directly at Jeremy Wagoner on the evening in

4

question (September 13, 2021).   Dave Warren was arrested after the interview and booked in the Starke County Jail, with charges expected of Dealing in Methamphetamine, Possession of Methamphetamine and Criminal Recklessness.

Warren was charged in Cause # 75C01-2202-F2-000001 in a Criminal Information with Dealing in Methamphetamine, Possession of Methamphetamine and Criminal Recklessness.   All charges were subsequently dismissed with prejudice.

### COUNT I: VIOLATION OF CONSTITUTIONAL RIGHTS
### Claim For Compensatory and Punitive Damages

15.   Plaintiff incorporates by reference Paragraphs 1 through 14.

16. Because of the unlawful actions of the S.C.S.D. and its Officers interfering with the civil and constitutional rights pursuant to 42 USC § 1983; 1985 and based upon these actions by the Defendants that they violated Plaintiff's civil and constitutional rights.   The right being that he was unlawfully searched and his property seized the Plaintiff was deprived of his right to be free from illegal Search and Seizures. Plaintiff suffered violation of his Constitutional Rights and the Defendants should be subject to damages for their knowing violation of his civil and constitutional rights.   Said Defendant's had the duty to see to the prevention of the violation, and they failed to perform that duty.

17. The relief sought herein is from the S.C.S.D and Officers of S.C.S.D. for the violation of the Constitutional Rights of the Plaintiff for their deliberate violation of the rights of Plaintiff as guaranteed by the Fourth, Fifth, (right to due process and equal protection) Eighth and Fourteen Amendments of the United States Constitution to which the Defendants are liable.

## COUNT II: VIOLATION OF CONSTITUTIONAL RIGHTS
### Claim For Exemplary and Punitive Damages

18.   Plaintiff incorporates by reference Paragraphs 1 through 17.

19. The unlawful search and seizure and jailing of the Plaintiff violated the rights of Plaintiff as guaranteed by the Fourth, Fifth, and Eighth Amendments to the United States Constitution, for which the Defendants are liable.

## COUNT III: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS
### Claim For Compensatory and Punitive Damages

20. Plaintiff incorporates by reference Paragraphs 1 through 19.

21. The right to be free of illegal search and seizure was a malicious denial the rights of Plaintiff as guaranteed by the Fourth, Fifth and Eighth Amendments to the United States Constitution, for which the Defendants are liable.

22. Further, for the intentional infliction of emotional distress upon the Plaintiff because of the violation of his rights they violated the rights of the Plaintiff as guaranteed by the Fourth, Fifth, Eighth and Fourteenth Amendments of the United States Constitution to which the Defendants are liable.

## RELIEF REQUESTED

WHEREFORE, Plaintiff demands a jury trial and judgment and damages against the Defendant's, jointly, as follows:

(1) For declaratory judgment declaring that Defendants have engaged in a pattern or practice of depriving persons of rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, in violation of 42 USC §1983;

(2) For compensatory damages together with interest;

(3) For exemplary or punitive and treble damages in an amount to be determined at trial;

(4) For attorney's fees;

6

(5) For the cost of this action; and

(6) For such other and further relief as the Court may deem appropriate.

## **<u>PLAINTIFF DEMANDS TRIAL BY JURY</u>**

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff demands a trial by jury.

Respectfully submitted,

<u>/s/Arvil R. Howe</u>
Arvil R. Howe (7983-71)
212 S. Taylor Street
South Bend, Indiana 46601
Telephone: (574)968-0168
Attorney for Plaintiff